Raymond Perez
8607 Imperial Hwy., Ste. 100
Downey, CA 90242
(562) 862-9944

UNITED STATES BANKUPTCY COURT

IN RE:

Celia Lopez Vallecillo

Case No.: 8:18-14179-TA

DECLARATION OF:
CELIA LOPEZ VALLECILLO

## DECLARATION OF CELIA LOPEZ VALLECILLO

The following is within my personal knowledge and I could and would testify thereto if called upon.

The declaration is submitted in support of my filing of Chapter 7 bankruptcy. Debtor has used social security number 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 from 2008 to date for the purposes of obtaining employment. I have not used any other names and my address for the past 4 months is 1430 Raitt Street, Apt. 3, Santa Ana, CA 92704 and prior to that my address was 2402 N. Stanford Street, Santa Ana, CA 92704 where I lived for 3 years.

We are notifying the three credit report agencies of my filing bankruptcy.

We declare under penalty of perjury that the foregoing is true and correct. Executed this 14th day of November, 2018 at Downey, California.

_____
Celia Lopez Vallecillo

## PROOF OF SERVICES BY MAIL-2015.5

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am a resident of/employed in the aforesaid county, State of California: I am over the age of eighteen years and I am not a party to this action; my business address is: 8607 Imperial Hwy., Ste. 100, Downey, CA 90242. On November 14, 2018 I served the foregoing: **DECLARATION OF CELIA LOPEZ VALLECILLO.** On interested parties in this action by placing a true copy thereof, enclosed is a sealed envelope with postage hereon fully prepaid, in the United States mail at Downey, California, addressed as follows:

***SEE ATTACHED LIST***

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Dated: 11/14/18

Raymond Perez, Esq.

Celia Lopez Vallecillo
1430 Raitt Street, Apt. 3
Santa Ana, CA 92704


Raymond Perez
Law Offices of Raymond Perez
8607 Imperial Hwy., Ste. 100
Downey, CA 90242


American Eagle DC
P.O. Box 965005
Orlando, FL 32896


Bank of America
P.O. Box 982235
El Paso, TX 79998


Bank of America
P.O. Box 982235
El Paso, TX 79998


Citicards CBNA
701 E. 60th Street, Ste. N
Sioux Falls, SD 57104


Equifax
P.O. Box 740241
Atlanta, GA 30374


Experian
P.O. Box 9530
Allen, TX 75013

```
JC Penney
P.O. Box 965007
Orlando, FL 32896


Macy's
P.O. Box 8218
Mason, OH 45040


Nissan Motor Acceptance
P.O. Box 660366
Dallas, TX 75266


Sears
P.O. Box 6282
Sioux Falls, SD 57117


Sears
P.O. Box 6282
Sioux Falls, SD 57117


Target National Bank
P.O. Box 673
Minneapolis, MN 55440


TJX Co
P.O. Box 965015
Orlando, FL 32896


TJX Co
P.O. Box 965015
Orlando, FL 32896
```

```
Transunion
P.O. Box 2000
Chester, PA 19016


Victoria Secret
P.O. Box 659728
San Antonio, TX 78265


Walmart
P.O. Box 965024
Orlando, FL 32896


Walmart
P.O. Box 965024
Orlando, FL 32896
```