United States Bankruptcy Court
Central District of California

In re:                                                                    Case No. 18-14179-TA
Celia Lopez Vallecillo                                                    Chapter 7
       Debtor

## CERTIFICATE OF NOTICE

District/off: 0973-8          User: admin              Page 1 of 1              Date Rcvd: Feb 25, 2019
                              Form ID: 318a            Total Noticed: 18

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 27, 2019.
db          +Celia Lopez Vallecillo,    1430 Raitt Street, Apt. 3,    Santa Ana, CA 92704-3638
39200316    +Equifax,    P.O. Box 740241,    Atlanta, GA 30374-0241
39200317     Experian,    P.O. Box 9530,    Allen, TX 75013
39200320    +Nissan Motor Acceptance,    P.O. Box 660366,    Dallas, TX 75266-0366
39200326    +Transunion,    P.O. Box 2000,    Chester, PA 19016-2000

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
tr           +E-mail/Text: weneta.kosmala@txitrustee.com Feb 26 2019 04:10:33      Weneta M Kosmala (TR),
               3 MacArthur Place, Suite 760,    Santa Ana, CA 92707-6071
smg           EDI: EDD.COM Feb 26 2019 08:53:00      Employment Development Dept.,    Bankruptcy Group MIC 92E,
               P.O. Box 826880,    Sacramento, CA 94280-0001
smg           EDI: CALTAX.COM Feb 26 2019 08:53:00      Franchise Tax Board,    Bankruptcy Section MS: A-340,
               P.O. Box 2952,    Sacramento, CA 95812-2952
39200312    +EDI: RMSC.COM Feb 26 2019 08:53:00      American Eagle DC,    P.O. Box 965005,
               Orlando, FL 32896-5005
39200313     EDI: BANKAMER.COM Feb 26 2019 08:53:00      Bank of America,    P.O. Box 982235,
               El Paso, TX 79998
39200315    +EDI: CITICORP.COM Feb 26 2019 08:53:00      Citicards CBNA,    701 E. 60th Street, Ste. N,
               Sioux Falls, SD 57104-0432
39200318    +EDI: RMSC.COM Feb 26 2019 08:53:00      JC Penney,    P.O. Box 965007,    Orlando, FL 32896-5007
39200319    +EDI: TSYS2.COM Feb 26 2019 08:53:00      Macy's,    P.O. Box 8218,    Mason, OH 45040-8218
39200321    +EDI: SEARS.COM Feb 26 2019 08:53:00      Sears,    P.O. Box 6282,    Sioux Falls, SD 57117-6282
39200324    +EDI: RMSC.COM Feb 26 2019 08:53:00      TJX Co,    P.O. Box 965015,    Orlando, FL 32896-5015
39200323    +EDI: WTRRNBANK.COM Feb 26 2019 08:53:00      Target National Bank,    P.O. Box 673,
               Minneapolis, MN 55440-0673
39200327    +EDI: WFNNB.COM Feb 26 2019 08:53:00      Victoria Secret,    P.O. Box 659728,
               San Antonio, TX 78265-9728
39200328    +EDI: RMSC.COM Feb 26 2019 08:53:00      Walmart,    P.O. Box 965024,    Orlando, FL 32896-5024
                                                                                              TOTAL: 13

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
39200314*    ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
               (address filed with court:    Bank of America,    P.O. Box 982235,    El Paso, TX 79998)
39200322*    +Sears,    P.O. Box 6282,    Sioux Falls, SD 57117-6282
39200325*    +TJX Co,    P.O. Box 965015,    Orlando, FL 32896-5015
39200329*    +Walmart,    P.O. Box 965024,    Orlando, FL 32896-5024
                                                                                   TOTALS: 0, * 4, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 27, 2019                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 25, 2019 at the address(es) listed below:
              Raymond   Perez    on behalf of Debtor Celia  Lopez Vallecillo rperezlaw.ela@gmail.com
              United States Trustee (SA)    ustpregion16.sa.ecf@usdoj.gov
              Weneta M Kosmala (TR)    ecf.alert+Kosmala@titlexi.com,
               wkosmala@txitrustee.com;dmf@txitrustee.com;kgeorge@kosmalalaw.com
                                                                                             TOTAL: 3

**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **Celia Lopez Vallecillo** | Social Security number or ITIN  **xxx−xx−3291** |
| | First Name  Middle Name  Last Name | EIN  _ _−_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name  Middle Name  Last Name | Social Security number or ITIN  _ _ _ _ |
| | | EIN  _ _−_ _ _ _ _ _ _ |

United States Bankruptcy Court  **Central District of California**

Case number:  **8:18−bk−14179−TA**

# Order of Discharge – Chapter 7                                                                                            12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Celia Lopez Vallecillo

[include all names used by each debtor, including trade names, within the 8 years prior to the filing of the petition]

Debtor 1 Discharge Date: 2/25/19

**Dated:** 2/25/19                                                                   **By the court:**  Theodor Albert
                                                                                                         United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**11/AUT**

**For more information, see page 2 >**

Official Form 318−CACBdodb/CACodsc              **Order of Chapter 7 Discharge**                  page 1

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**